IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA SCOTT for S.T.,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-18-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Nancy A. Berryhill, Acting Commissioner of Social Security and dismissing this appeal.

| /s/ | 3/8/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |